IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PITA SANTOS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-1869 |
| | § | |
| TEXAS WORKFORCE COMMISSION, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Opinion of even date, this action is dismissed with prejudice.

This is a Final Judgment.

SIGNED on June 30, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge